William A. Nebeker, Esq., State Bar No. 004919
Zahnie L. Soe Myint, Esq., State Bar No.  020010
James M. O'Brien, Esq., State Bar No. 024497
**KOELLER NEBEKER CARLSON & HALUCK, LLP**
3200 North Central Avenue, Suite 2250
Phoenix, Arizona  85012
Tel.    602-256-0000
Fax    602-256-2488
nebeker@knchlaw.com
zahnie.soemyint@knchlaw.com
james.obrien@knchlaw.com
*Attorneys for Defendants Liberty Mutual Fire Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OFARIZONA

| | |
|---|---|
| **ALESIO SAVINO and MARYANN SAVINO, husband and wife,**  Plaintiffs,  v.  **LIBERTY MUTUAL FIRE INSURANCE COMPANY, an Wisconsin corporation,**  Defendants. | NO.  CV 11-02187-PHX-SRB  **DEFENDANT LIBERTY MUTUAL FIRE INSURANCE COMPANY'S NOTICE OF SERVING ITS FIRST SUPPLEMENTAL DISCLOSURE STATEMENT**  (Hon. Susan R. Bolton) |

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(C), Defendant Liberty Mutual Fire Insurance Company, through counsel undersigned, hereby gives notice of the serving on this date of its First Supplemental Disclosure Statement to Plaintiffs.

///

///

///

-1-

RESPECTFULLY submitted this 25th day of February, 2013.

**KOELLER, NEBEKER, CARLSON & HALUCK, LLP**

By  */s/ Zahnie L. Soe Myint*
William A. Nebeker, Esq.
Zahnie L. Soe Myint, Esq.
James M. O'Brien, Esq.
*Attorneys for Defendants Liberty Mut. Fire Ins. Co.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of February 2013, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing, thereby serving all parties of record. I hereby certify that on this same day, I e-mailed the attached document to the Honorable Susan R. Bolton:


By:  */s/ Collette Wade*