Jeffrey L. Raizner (State Bar No. 029276)
Michael Patrick Doyle (State Bar No. 029400)
Kevin Wein (State Bar No. 022752)
Andrew P. Slania (State Bar No. 029350)
**DOYLE RAIZNER LLP**
2929 East Camelback Rd., Suite 126
Phoenix, Arizona 85016
Ph:   (480) 447-2494
Fax:  (480) 685-5005
Email: azservice@doyleraizner.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| ALESIO SAVINO and MARYANN SAVINO, husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY, a Wisconsin corporation; PHILLIP K. THOMAS and JANE DOE THOMAS, husband and wife,<br><br>Defendants. | NO. CV 11-02187-PHX-SRB<br><br>**NOTICE OF SERVICE OF PLAINTIFFS' SECOND SUPPLEMENTAL DISCLOSURE** |

TO: DEFENDANTS AND THEIR ATTORNEY OF RECORD

Pursuant to Rule 5, Federal Rules of Civil Procedure, Plaintiffs ALESIO SAVINO and MARYANN SAVINO, give notice that they have served upon all parties on this date, via E-mail, their Second Supplemental Disclosures.

**DATED** this 25th day of February, 2013.

DOYLE RAIZNER LLP

*/s/ Kevin Wein*
Jeffrey L. Raizner (No. 029276)
Michael Patrick Doyle (No. 029400)
Kevin Wein (No. 022752)
Andrew P. Slania (No. 029350)
2929 East Camelback Road, Suite 126
Phoenix, Arizona 85016

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2013, I electronically transmitted the Plaintiffs' Second Supplemental Disclosures to the following CM/ECF Registrants and I submit this Notice of Electronic Filing to the court.

Zahnie L. Soe-Myint
Koeller, Nebeker, Carlson & Haluck, LLP
3200 North Central Avenue
Suite 2300
Phoenix, AZ 85012
***Attorney for Defendant Liberty Mutual Fire Insurance Company and Phillip K. Thomas***

*/s/ Kevin Wein*